TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ronald Ernesto Portillo Portillo,<br><br>Petitioner<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>Respondents | Case No. 2:26-cv-00155-CDS-NJK<br><br>**Order Approving Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Petition for Writ of Habeas Corpus (ECF No. 4) and for Petitioner to file a Reply**<br><br>**(First Request)**<br><br>[ECF No. 9] |

Petitioner Ronald Ernesto Portillo Portillo ("Petitioner") and Federal Respondent Pamela Bondi ("Federal Respondent"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 4 and for the Petitioner to file a Reply to the Response. On January 27, 2026, this Court ordered the Federal Respondents to file a response to the Petition by February 11, 2026, and ordered the petitioner to file a reply within 7 days following the filing of the response. ECF No. 3. On February 11, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Petition. Petitioner's counsel agreed to a two-day extension, extending the deadline for Federal Respondents to file a response to February 13, 2026. Additionally, counsel agreed that Petitioner will have until February 20, 2026, to file his reply. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition to February 13, 2026, and for Petitioner to file a reply to February 20, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 11th day of February 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Cristen C. Thayer
CRISTEN C. THAYER
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Cristen_Thayer@fd.org
and
MEGAN HOPPER-REBEGEA
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Megan_Hopper-Rebegea@fd.org
*Attorneys for Petitioner*

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 12, 2026

2